**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FORT SMITH DIVISION**

WILLIAM H. LANDRUM                                                                    PLAINTIFF

v.                                            Case No. 14-2157

CAROLYN W. COLVIN, Commissioner of
Social Security Administration                                                       DEFENDANT

<u>**ORDER**</u>

The Court has received proposed findings and recommendations (Doc. 11) from Chief

United States Magistrate Judge Barry A. Bryant.  There have been no objections.  After careful

review, the Court concludes that the findings and recommendations should be, and hereby are,

approved and adopted as this Court's findings in all respects in their entirety.  Judgment will be

entered accordingly.

**IT IS SO ORDERED** this 27th day of May, 2015.


_/s/ P. K. Holmes, III_

  P. K. HOLMES, III
  CHIEF U.S. DISTRICT JUDGE